

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-11-00290-CV

---

IN THE INTEREST OF A.J., A
CHILD

----------

FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant J.J.[2] attempts to appeal an interlocutory order for the monitored return of a child to a parent along with other pretrial rulings associated with that order. The trial court's July 25, 2011 "Order for Monitored Return of Child to Parent" appointed M.J., the mother, as temporary possessory conservator with care, custody, and control of the child, A.J. The order also provided that M.J. and A.J. must not have contact with appellant, who is A.J.'s father. The order did not purport to finally dispose of the suit; instead, it extended a dismissal date for the suit

---

[1]*See* Tex. R. App. P. 47.4.

[2]The names of the parties have been replaced with their initials. *See* Tex. Fam. Code Ann. § 109.002(d) (West 2008).

until January 21, 2012.[3]  Appellant filed notice of appeal, contending that the trial court had violated his constitutional and due process rights.

On August 26, 2011, we notified appellant of our concern that we lack jurisdiction over this appeal because it does not appear to arise from a final judgment or an appealable interlocutory order, and we informed him that the appeal may be dismissed unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal.  We received a response, but it does not show grounds for continuing the appeal; the response confirms that appellant is appealing pretrial rulings.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. Fam. Code Ann. § 105.001(e) (West 2008); Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (West 2008) (listing types of appealable interlocutory orders); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (stating that generally an appeal may be taken only from a final judgment and that a judgment is final and appealable if it disposes of all parties and all issues); *In re J.W.L.*, 291 S.W.3d 79, 83 (Tex. App.—Fort Worth 2009, orig. proceeding [mand. denied]) (reiterating that temporary orders in family law cases are not appealable); *see also* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  October 13, 2011

---

[3]*See id.* § 263.403 (West 2008).